**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSEPH E. SCHMITZ<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. Department of Defense<br><br>　　　　Defendant. | Civil Action No. 1:24-cv-00111 (RBW) |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that the undersigned, PHILIP J. O'BEIRNE, an attorney duly admitted to practice before this Court, hereby enters his appearance as counsel of record for Plaintiff in the above-referenced matter. Communications with counsel may be delivered as follows:

Philip J. O'Beirne
Stein Mitchell Beato & Missner LLP
2000 K Street NW, Suite 600
Washington, DC 20006
(202) 737-7777
POBeirne@steinmitchell.com

Dated: February 4, 2025

Respectfully submitted,

*/s/ Philip J. O'Beirne*
Philip J. O'Beirne (Virginia Bar No. 71956)
**STEIN MITCHELL BEATO &
MISSNER LLP**
2000 K Street NW, Suite 600
Washington, DC 20006
(202) 737-7777
POBeirne@steinmitchell.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 4, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to all CM/ECF participants, including counsel for Defendant.

*/s/ Philip J. O'Beirne*
Philip J. O'Beirne
